# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF KENTUCKY
# BOWLING GREEN DIVISION

| | |
|---|---|
| ANGLEA GOODMAN and ) <br> PATRICK GOODMAN, Individually and ) <br> As Next Friend of I.G., a minor child ) <br> ) <br> PLAINTIFFS ) <br> ) <br> v. ) <br> ) <br> PENSKE TRUCK LEASING CO., L.P., ) <br> and ERIC L. KLEAN ) <br> ) <br> DEFENDANTS ) | Civil Action No. 1:23CV-00061-GNS <br> CHIEF JUDGE GREG N. STIVERS |

## ORDER GRANTING PLAINTIFF'S MOTION TO AMEND COMPLAINT

This matter coming before the Court upon Motion of Plaintiffs, Angela Goodman and Patrick Goodman, Individually and as Next Friend of I.G., a minor child, for Leave to File First Amended Complaint, and the Court having considered the Motion, having reviewed the record and considered the arguments of the parties, and this Court being sufficiently advised;

IT IS HEREBY ORDERED AND ADJUDGED: The court hereby grants Plaintiff's Motion for Leave to File First Amended Complaint.

*H. Brent Brennenstuhl*
**H. Brent Brennenstuhl**
**United States Magistrate Judge**

January 17, 2024