UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO.: 1-23-cv-00061-GNS-HBB

*Electronically Filed*

ANGELA GOODMAN, Individually and as
Next Friend of I. G., a minor child

AND

PATRICK GOODMAN, Individually and as
Next Friend of I. G., a minor child                 PLAINTIFFS

v.          **AGREED ORDER OF DISMISSAL**

PENSKE TRUCK LEASING CO., L.P.,
PENSKE LOGISTICS, LLC, and
ERIC L. KLEAN                DEFENDANTS

\*\*\*    \*\*\*    \*\*\*    \*\*\*    \*\*\*

The parties being in agreement and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED**:

1. That all claims of Plaintiffs, Angela Goodman and Patrick Goodman, Individually and as Next Friends of I.G., a Minor Child, against the defendants, Penske Truck Leasing Co., L.P., Penske Logistics LLC, and Eric L. Klean, be, and the same are hereby **DISMISSED WITH PREJUDICE** as settled, with each party to bear their own costs; and,

2. That this matter is stricken from the active docket of this Court.

Greg N. Stivers, Chief Judge
United States District Court

November 12, 2025

**HAVE SEEN AND APPROVE FOR ENTRY:**

/s/Brandon T. Murley
David F. Broderick
Brandon T. Murley
BRODERICK & DAVENPORT, PLLC
921 College Street – Phoenix Place
P. O. Box 3100
Bowling Green, KY  42102-3100
COUNSEL FOR PLAINTIFFS


/s/ Palmer G. Vance II
Palmer G. Vance II
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, Kentucky 40507-1380
COUNSEL FOR DEFENDANTS